RECEIVED
JUN 22 2023
DEBORAH S. HUNT, Clerk

June 18, 2023

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

I am writing to advise the Court and notify the Clerk. That I have been released and have been placed on home confinement, under the Cares Act.

I left FMC Devens in Ayer, MA. on June 7, 2023. I am now residing at:

1299 Shawnee Trail
Streetsboro, Ohio 44241

I have an appeal pending with the Court that I had filed Pro se. The appellate case number is 22-3549

I want to notify the Court that in the future to please send any correspondence to me at the new address above.

Thank you!

Sincerely,
James Dimora
James Dimora

James Dimora
1299 Shawnee Trail
Streetsboro, Ohio 44241

RECEIVED
JUN 22 2023
DEBORAH S. HUNT, Clerk

Office of the Clerk
United States Court of Appeals Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

45202-398899