UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 23, 2023
DEBORAH S. HUNT, Clerk

No. 22-3549

UNITED STATES OF AMERICA,

    Respondent-Appellee,

v.

JAMES C. DIMORA,

    Petitioner-Appellant.

Before: THAPAR, BUSH, and LARSEN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that a certificate of appealability is DENIED, and the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk