## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: July 17, 2023

Ms. Sandy Opacich
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

        Re:  Case No. 22-3549, *USA v. James Dimora*
              Originating Case No. : 1:10-cr-00387-1

Dear Ms. Opacich,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Paris LaRon Robinson
                                          for Virginia Padgett, Case Manager

cc:  Mr. James C. Dimora
      Ms. Laura McMullen Ford

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-3549

_____

Filed: July 17, 2023

JAMES C. DIMORA

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

COSTS: None